UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| GOOGLE LLC,<br><br>               Petitioner,<br><br>v.<br><br>RIVKA ("REBECCA") SPIVAK<br><br>               Respondent. | Case No.: _____<br><br>**[PROPOSED] ORDER GRANTING PETITION TO CONFIRM ARBITRATION AWARD AND ENTRY OF JUDGMENT** |

This matter comes before the Court on Petitioner Google LLC's ("Google") Petition to Confirm Arbitration Award and Entry of Judgment. The Court has considered the petition and all pleadings and filings on record.

**IT IS HEREBY FOUND, ORDERED, ADJUDGED and DECREED**:

1. This Court finds that Petitioner Google properly served on Respondent ("Rebecca") Spivak ("Ms. Spivak") its Petition To Confirm Arbitration Award and Entry of Judgment ("Petition"), Declaration of Allison Lane in Support and accompanying exhibits, [Proposed] Order, Civil Cover Sheet and Disclosure Statement. Petitioner Google properly filed a Proof of Service of such documents.

2. This Court has personal jurisdiction over Ms. Spivak, a resident of Seattle, Washington, and this Court also has subject matter jurisdiction over this matter pursuant to 9 U.S.C. § 9 because the Award giving rise to this Petition was issued in Seattle, Washington, less than one year before the Petition was filed, and the Petition was properly served upon Ms. Spivak.

3. Additionally, this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(2) because this action is between a citizen of a foreign state (Google) and a citizen of Washington (Ms. Spivak).

4. Venue is proper under 28 U.S.C. § 1391(b)(2) and 9 U.S.C. § 9 because the Award giving rise to the Petition was issued in Seattle, Washington.

5. The Court further finds that Petitioner Google, in accordance with 9 U.S.C. § 13(a), properly submitted the employment agreement with Ms. Spivak containing a binding arbitration provision; the appointment of Hon. Richard McDermott (Ret.); and the December 12, 2023 ("Award") issued by Judge McDermott against Ms. Spivak and in favor of Petitioner Google.  (Declaration of Allison Lane ("Lane Decl.") Exhibits A, B (pp. 6-7), and D.)

6. The Award has not been vacated under 9 U.S.C. § 10, or modified or corrected under 9 U.S.C. § 11.

7. Based on the foregoing and the papers and pleadings on file herein, the Court hereby confirms the Award without further inquiry, as required by 9 U.S.C. § 9 *et seq*.

8. The Clerk of the Court is directed to ENTER JUDGMENT, consistent with the Award, as follows:

    a. Judgment in favor of Petitioner Google and against Ms. Spivak in the amount of $10,000; however, such monetary amount may not be enforced by Petitioner Google against Ms. Spivak unless she files future actions against

Petitioner Google BASED ON THE SAME FACTS AND ALLEGATIONS that were presented in the arbitration resulting in the Award.

IT IS SO ORDERED.

DATED this _____ day of _____, 2024

_____
United States District Court Judge